RECEIVED
AUG 10 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROGER HEARD ALEXANDER, Plaintiff | CIVIL ACTION NO. 1:18-CV-620-P |
| VERSUS | JUDGE DEE D. DRELL |
| RAPIDES PARISH SHERIFFS DEPARTMENT, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is DENIED and DISMISSED WITH PREJUDICE under §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 10th day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE